# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JEROME GUSS, | ) | No. CV 09-03210-AG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LINDA SANDERS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Amended Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") without prejudice,

**IT IS ADJUDGED** that the Petition is dismissed without prejudice.

DATED: Dec 29, 2009

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE